**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 29, 2021

**BY ECF & EMAIL**

The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Michael Wardlaw Brown*, **21 Cr. 534 (NSR)**

Dear Judge Román:

    Defendant Michael Wardlaw Brown is scheduled to be sentenced in the above-referenced case on November 30, 2021. On August 25, 2021, the defendant pled guilty before Judge Davison to a one-count Information charging him with possessing a firearm while subject to an order of protection, in violation of 18 U.S.C. § 922(g)(8). The transcript from that proceeding has not been received by Judge Davison's chambers, and thus the defendant's guilty plea has not yet been accepted by the Court. For this reason, the Government respectfully requests that the sentencing be adjourned until early January 2022. I have conferred with defense counsel Jason Ser, who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Stephanie Simon*
    Stephanie Simon
    Assistant United States Attorney
    (914) 993-1920

cc:   Jason Ser, Esq. (by ECF & email)

The Govt's request to adjourn the in-person Sentencing from Nov. 30, 2021 until Jan. 5, 2022 at 1:00 pm is GRANTED with Def.'s consent. Clerk of Court is requested to terminate the motion (doc. 25).
Dated: White Plains, NY
      Nov. 29, 2021
**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/29/2021