**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 6, 2022

**BY EMAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:   *United States v. Michael Wardlaw Brown*, 21 Cr. 534 (NSR)**

Dear Judge Román:

      The sentencing for the defendant in the above-referenced case was on the calendar for January 5, 2022, but could not go forward as scheduled. The Government writes with the consent of defense counsel, Jason Ser, Esq., to request that the sentencing be rescheduled for February 3, 2022 at 2:30 pm, with an alternate date of February 4, 2022 at 11:45 am.

      Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Stephanie Simon*
    Stephanie Simon
    Assistant United States Attorney
    (914) 993-1920

cc:   Jason Ser, Esq. (by email)

---

The Govt's request to reschedule the in-person Sentencing from Jan. 5, 2022 until Feb. 3, 2022 at 2:30 pm with an alternate date of Feb. 4, 2022 at 11:45 am is GRANTED with the Deft's consent. Clerk of Court requested to terminate the motion (doc. 30).
Dated: White Plains, NY
Jan. 7, 2022
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2022